UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10194-GAO

UNITED STATES OF AMERICA

v.

DAVID P. GAW,
Defendant.

OPINION AND ORDER
November 12, 2014

O'TOOLE, D.J.

The defendant has moved pursuant to Federal Rule of Criminal Procedure 29 for the entry of a judgment of acquittal on the three counts on which he was convicted or, alternatively, for a new trial under Federal Rule of Criminal Procedure 33. The arguments advanced with respect to the Rule 29 motion are essentially the same arguments the defendant made unsuccessfully before trial in support of his motion to dismiss the indictment and at trial in his arguments regarding jury instructions. After careful consideration of the arguments in light of the trial evidence, I conclude that the jury was correctly instructed as to the law and its verdict was adequately supported by evidence introduced at trial.

Similarly, the motion for a new trial rests principally on an issue resolved at trial concerning what evidence might be admitted to support his claim of good faith. His attempt to prove his awareness of a state policy that arguably would have supported that claim was unsuccessful. As a result, the jury heard no evidence about (a) the existence of a relevant policy or (b) the defendant's knowledge of and reliance on such policy. In his motion papers, the

defendant does not propose how the evidence might plausibly and properly have been put before the jury or would be in a new trial.

For the foregoing reasons, the defendant's Motion to Set Aside the Verdict (dkt. no. 69) is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge